Anderson v. Equifax Inc. Doc. 15

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JIM ANDERSON,**

        **Plaintiff,**

**-vs-**                               **Case No.  6:06-cv-48-Orl-31JGG**

**EQUIFAX, INC.,**

        **Defendant.**

_____

## ORDER

Defendant has filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) contending that Plaintiff has failed to state a claim upon which relief can be granted (Doc. 10).  Plaintiff has not responded and the Motion appears meritorious.  Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED, as unopposed.  The Complaint is dismissed and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 13, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Dockets.Justia.com