# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JIM ANDERSON,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:06-cv-48-Orl-31JGG**

**EQUIFAX, INC.,**

        **Defendant.**

## ORDER

After review of this file *sua sponte*, and noting that *pro se* Plaintiff has not been receiving copies of papers filed in this case due to an incorrect address, it is

**ORDERED** that the Order granting Defendant's Motion to Dismiss at Doc. 15 is hereby VACATED. Defendant is hereby required to serve its Motion to Plaintiff at his correct address within three days; thereafter, Plaintiff has until March 3, 2006 to respond.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 15, 2006.

                                                            GREGORY A. PRESNELL
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party