**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JIM ANDERSON,**

               **Plaintiff,**

**-vs-**                                               **Case No. 6:06-cv-48-Orl-31JGG**

**EQUIFAX, INC.,**

               **Defendant.**

_____

## ORDER

Defendant, Equifax, Inc. (Equifax) has filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 10). Plaintiff responded at Doc. 21.

On March 9, 2006, the Court sent Defendant an interrogatory (Doc. 24) which Defendant answered on March 14, 2006 (Doc. 25). Defendant's Answer to this interrogatory moots Plaintiff's claim that Defendant has failed to provide him with information sufficient to allow him to personally review his credit file.

As to Plaintiff's second contention, that Defendant has violated the Fair Credit Disclosure Act (FCDA) by publishing false information about Plaintiff, Defendant contends that Plaintiff has failed to state a viable claim for relief because there is no allegation of willful intent to injure the Plaintiff. *See* FCRA, 15 U.S.C., section 1681h(e). Defendant is correct in this regard. Absent an allegation of malice or willful intent to injure Plaintiff, Defendant is insulated from liability under the Act for actions in the nature of defamation. Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED.  Plaintiff may amend his Complaint, consistent with this Order, within 10 days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 15, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party